UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

08 MAR 14 AM 9:42

'08 MJ 0806

DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>Perez Jr., Manuel R. and<br><br>Cardenas, Rachel L.<br>                    Defendants, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Mag. Case Number: _____<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21, U.S.C., Sections 952 and 960<br>Importation of a Controlled Substance |

The undersigned complaint being duly sworn states:

On or about March 13, 2008, within the Southern District of California, Manuel PEREZ Jr. and Rachel CARDENAS, did knowingly and intentionally import approximately 120.15 kilograms of marijuana, a schedule I narcotic into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

*T. Herrington*

SIGNATURE OF COMPLAINANT
SPECIAL AGENT
U.S. IMMIGRATION & CUSTOMS
ENFORCEMENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 14th DAY OF

_____

MAGISTRATE JUDGE

## Statement of Facts

At approximately 07:00A.M. on 03/13/08, at the San Ysidro POE, CBP Officer D. Garza was conducting inspections on primary lane # 24 when approached by a beige 1998 Ford F-150 pick-up bearing California personalized license plate ORICHAS. Officer Garza was alerted by a computer-generated alert that the license plates on the truck had been stolen. In response to Officer Garza's questions, the driver, Manuel PEREZ JR., stated he was a U.S. citizen, he was not bringing anything from Mexico, he was unemployed, they were enroute to San Bernardino, CA, and he had owned the pick-up for one week. In response to Officer Garza's questions the passenger, Rachel CARDENAS, stated she was a U.S. citizen, bringing nothing back from Mexico, and working at a pornographic shop. PEREZ also provided a DMV change of ownership document to Officer Garza that identified PEREZ as the registered owner of the pick-up. Officer Garza noticed PEREZ was swallowing hard and the vein in his neck was noticeably pulsating when he requested PEREZ hand over the pick-up keys. Officer Garza then escorted the pick-up and it's occupants into the secondary inspection area. Once there, Officer Garza did a cursory inspection of the pick-up and discovered packages attached to the undercarriage of the pick-up.

CBP Canine Enforcement Officer S. Smithson with his narcotics detector dog "Echo" returned to the secondary inspection area and "Echo," alerted to the odor of narcotics emanating from the pick-up (CA/ORICHAS).

A search conducted in the secondary inspection area revealed numerous packages attached to the undercarriage and in the side panels of the pick-up. CBP Officer I. Beliveau removed at total of 76 packages with a net weight of approximately 120.15 kg. (265.53 lbs.). CBP Officer Beliveau probed one of the packages and it field-tested positive for marijuana.

1